**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Amber M., William M., and John Doe, Defendants,

Of whom William M. is the Appellant,

In the interest of minor children under the age of eighteen.

Appellate Case No. 2012-213709

_____

Appeal From Pickens County
W. Marsh Robertson, Family Court Judge

_____

Unpublished Opinion No. 2013-UP-193
Submitted April 19, 2013 – Filed May 14, 2013

_____

**AFFIRMED**

_____

Raymond Talmage Wooten, of Smith, Jordan, Lavery & Lee, P.A., of Easley, for Appellant.

Patti Beverly Brady, of the South Carolina Department of Social Services, of Pickens, for Respondent.

Steven Luther Alexander, of the Alexander Law Firm, of Pickens, for Guardian ad Litem.

---

**PER CURIAM:**  William M. appeals from the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2012).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.